court copy

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR -8 A 9: 15

JESSIE LEE SATTERWHITE )
Full name and prison number )
of plaintiff(s) #131288== )
   )
v. )   CIVIL ACTION NO. 3:06cv219.MHT
   )   (To be supplied by Clerk of
MATTHEW W. GAGNE. et;al; )   U.S. District Court)
   )
in his official and individual )
   )
Capacity. )
   )
_____ )
   )
_____ )
   )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( x )  NO (   )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( x )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) JESSIE LEE SATTERWHITE.

            Defendant(s) MATTHEW W. GAGNE. et;al;
            parole superivisor in his official and individual
            Capacity.
        2.  Court (if federal court, name the district; if
            state court, name the county) Chamber County

            Circuit Court Lafayette ALA. 36862

3. Docket number <u>Civil Action Number CV- 005 -175</u>

4. Name of judge to whom case was assigned <u>Judge Magistrate of Chamber County, Charles W. Story.</u>

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) <u>Still panding, due to plaintiff was denied ingigent.</u>

6. Approximate date of filing lawsuit <u>August, 8 -2005.</u>

7. Approximate date of disposition <u>September, 1-2005</u>

II. PLACE OF PRESENT CONFINEMENT <u>J.O. Davis Correctional Center Atmore  Alabama, 36503-4000.</u>

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED <u>Chamber County, ALA. 58, 1st Ave. SW. Lafayette Ala. 36862.</u>

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | MATTHEW W. GAGNE. | 58, 1st Ave. SW, Lafayette Ala, 36852 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>August, 10-2004.</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: <u>The plaintiff  was assaulted and illegal falsely arrested and detain by the defendant while the assault and kidnap    occured, inviolating his Rights,guaranteed to him by the U.S. Constitution and the Constitutional of Alabama 1901, Art 1 section 5. Amend, 4,5,6,8, and 14 Amendments Rights.</u>

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Plaintiff', allegation, that on about August 10-2004, he suffered Cruel an unusual punishment by the herein stated defendant Gagne's. as plaintiff was physically assaulted by the defendant, using exercises forces to restrain him due to mistaken plaintiff for another individual (named) Jesse Zachary, inviolating his Rights.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

(SEE) ATTACHING PAGES NUMBER (5) ON BACK OF PAGE (4)

RELIEF REQUESTED.

                                              *Jessie Lee Satterwhite #131288*
                                              Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   MARCH 5-2006  .
                         (Date)

                                              *Jessie Lee Satterwhite #131288*
                                              Signature of plaintiff(s)

## RELIEF REQUESTED

1. The plaintiff seeks money damages from the defendant in his official and individual capacity, for punitive damages award-amount of (ONE) Hundred and Fifty- Thousand Dollars. for the wrongfull action done to plaintiff was aggravated by the circumstances of violence action was intended to cause serious body injures to plaintiff, the plaintiff is now seeking medical attention for the injurious.

2. The plaintiff seeks money damage awards for mental angiush award in the amount of (ONE) Hundred and Fifty Thousand Dollars . for his evil behavior or to make an example of him for his negative action or for laceration of plaintiff feelings shame, and actual damage awards in the amount of Fifty Thousand Dollars, for the defendant outrageous conduct and unlawful action.

3. The plaintiff is seeking that this Honorable court take jurisdiction over his States Law Claim, Assault (1) Degree, and Kidnapping in the (1) Degrees, for failure to meet the requirement of Laws or his action was Forbidded by States Laws, and a serious Offenses against States Law, and the dignity Alabama, the plaintiff is seeking that this Court Chargers the defendant of Assault 1.degree and Kidnapping in the 1. degree.

4. The plaintiff also seeks such other relief that this court deems just in this matter.

DATED  1th  DAY OF  march  2006,

RESPECTFULL SUBMITTED OF PLAINTIFF  *Jessie Lee Satterwhite*

AIS# 131288

( PAGE 5 )

PAGE 5 CONTUSUS ON BACK PAGE

## VERIFICATION UNDER OATH

I, Am the plaintiff Jessie L. Satterwhite, hereby stated under the penalty of perjury that I have read the complaint, and the U.S. Constitutions Amendments 4, 5, 6, 8, and 14 Amend, and the Constitutional of Alambama 1901, Articles 1 section 5, and believe that the languages of Constitution of the United States, and the Constitutional of Alabama 1901, Articles 1 section 5, is true and correct in any proceeding of all court of justice for the enforcement of Rights, or to redress of wrong as distinguished from the substantive laws which give Rights, or denouces the wrong.

Dated this 1st Day of March 2006.
Respectfull Submitted Of Plaintiff, Jessie Lee Satterwhite,

NOTARY PUBLIC _Ramonica Lee_

MY COMMISSION EXPIRES November 3, 2006.

PAGE(5)CONTUSUS FROM
PREVIOUS PAGES (5)

## CERLIFICATE OF SERVICE

I, hereby certify that I have served a true and correct copys of the complaint; upon the following named listed below by placing the same in the United States mail-box at J.O. Davis correctional center, Atmore Ala, postage prepaid,(DOC) inmates free legal mail service, properly addressed on.......

    GOVERNOR, BOB RILEY
    STATES CAPITAL
    MONTGOMERY ALABAMA, 36130.

    OFFICE OF THE CLERK
    UNITED STATES DISTRICT COURT
    P.O. BOX 711
    MONTGOMERY ALABAMA, 36101-0711

    STATE OF ALABAMA BOARD OF PARDONS AND PAROLES
    301  SOUTH RIPLEY STREET
    MONTGOMERY ALABAMA,36130-2405

    DEFENDANT ET;AL; MR. MATTHEW  W. GAGNE
    PAROLE SUPERIVISOR OF CHAMBER COUNTY ALABAMA,
    58  FIRST  AVE, SOUTH-WEST LAFAYETTE ALABAMA, 36862

                SWOM TO AND SUBSCRIBED ME THIS DAY,

_____1st_____ DAY OF _march_ 2006

_Jessie Satterwhite_,
PLAINTIFF SIGNATURE

_Monica Hill_,
NOTARY PUBLIC

MY COMMISSION EXPIRES _November 3  2009_