AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

RECEIVED

_____MIDDLE_____ District of _____ALABAMA_____

2006 MAR -8 A 9:15

MR. JESSIE LEE. SATTERWHITE.

    Plaintiff

V.

MR. MATTHEW W, GAGNE. et;al;
OFFICIAL AND INDIVIDUAL CAPACITY.

    Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 3:06cv 219.MHT

I, _Jessie Lee Satterwhite #131288_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _J.O. DAVIS CORRECTIONAL CENTER, ATMORE, ALA._

    Are you employed at the institution? _NO_    Do you receive any payment from the institution? _NO_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☐ | ☒ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_march 5-2006_    _Jessie Lee Satterwhite  131288_
Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 131288        NAME: SATTERWHITE, JESSIE        AS OF: 01/20/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 11 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.59 | $2.80 |
| JAN | 20 | $0.41 | $0.00 |

Inmate Satterwhite was at Kilby beginning 09/22/05.  He had no money during his stay there.

Average 4 month balance                    .25              .70

Betty Jo Edeker, Account Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF JANUARY, 2006.

_Patrick McKay_, Notary Public

My Commission Expires Oct. 25, 2009

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

AIS #: 131288        NAME: SATTERWHITE, JESSIE            AS OF: 01/20/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JAN   | 11        | $0.00             | $0.00            |
| FEB   | 28        | $0.00             | $0.00            |
| MAR   | 31        | $0.00             | $0.00            |
| APR   | 30        | $0.00             | $0.00            |
| MAY   | 31        | $0.00             | $0.00            |
| JUN   | 30        | $0.00             | $0.00            |
| JUL   | 31        | $0.00             | $0.00            |
| AUG   | 31        | $0.00             | $0.00            |
| SEP   | 30        | $0.00             | $0.00            |
| OCT   | 31        | $0.00             | $0.00            |
| NOV   | 30        | $0.00             | $0.00            |
| DEC   | 31        | $0.00             | $0.00            |
| JAN   | 20        | $0.00             | $0.00            |

To Kilby 9-22-05

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 MAR -8 A 9: 15

| | |
|---|---|
| JESSIE L. SATTERWHITE, ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff(s) ) | 3:06cv 219 · MHT |
| ) | |
| v. ) | |
| ) | |
| MATTHEW W. GAGNE, et;al; ) | |
| CHAMBER COUNTY PAROLE OFFICER ) | |
| IN HIS OFFICIAL AND ) | |
| INDIVIDUAL CAPACITY. ) | |
| Defendant(s) ) | |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _JESSIE LEE. SATTERWHITE, AIS# 131288_

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Jessie Lee Satterwhite_ 131288
Plaintiff(s) signature

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA 2006 MAR -8 A 9:15

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

JESSIE LEE. SATTERWHITE,

PLAINTIFFS
         V.                                    3:06cv219.MHT

MATTHEW W. GAGNE, et;al;

DEFENDANTS

   I, JESSIE LEE. SATTERWHITE, AIS# 131288
declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (x)
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer: _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received: _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ( )   No (X)
   b. Rent payments, interest or dividends?              Yes ( )   No (X)
   c. Pensions, annuities or life insurance payments?    Yes ( )   No (X)
   d. Gifts or inheritances?                             Yes ( )   No (X)
   e. Any other sources?                                 Yes ( )   No (X)

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months: $ 2.85 cents

PAGE 2

3. Do you own cash, or do you have money in a checking or savings account?
   Yes ( )   No (X)   (Include any funds in prison accounts.)
   If the answer is "yes", state the total value of the items owned: __47 cent__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( )   No (X)
   If the answer if "yes", describe the property and state its approximate value:

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ___1-18-2006___ (date).

_Jessie Lee Satterwhite 131288_
Signature of

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.41__ on account to his credit at the __Fountain Corr. Center__ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: ____

_____
Authorized Officer of Institution