**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Matthew W. Gagne
    58, 1st Ave SW
    Lafayette AL 36852

    cmp & order #3   (40)

2. Article Number
   (Transfer from service label)

   7003 2260 0005 4584 5449

PS Form 3811, February 2004   Domestic Return Receipt   06-219   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Pam Hadaway
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Satterwhite

C. Date of Delivery: 3-16-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes