**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JESSIE LEE SATTERWHITE** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| | ) |
| | ) **CASE NO. 3:06-CV-219-MTH-CSC** |
| **MATTHEW GAGNE** | ) |
| | ) |
| **Defendant(s).** | ) |
| | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, Matthew Gagne, by and through the undersigned counsel, and hereby requests an additional 45 (forty-five) days in which to respond to Plaintiff's complaint and for grounds state as follows:

1.    The Special Report and Answer for this Defendant is due April 24, 2006.

2.    The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3.    More time is needed by the Defendant to adequately prepare a response to Plaintiff's Complaint.

4.    No party will be prejudiced by such and extension.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ Cheairs M. Porter
Cheairs M. Porter
ASSISTANT ATTORNEY GENERAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 19th day of April 2006, served a copy of the foregoing by

first-class United States Mail, postage prepaid and addressed upon the following:

Jessie Lee Satterwhite #131288
Fountain Correctional Facility
Fountain 3800
Atmore, AL 36503-3800

/s/ Cheairs M. Porter
Cheairs M. Porter
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-242-2433 (Fax)