IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JESSIE LEE SATTERWHITE, #131 288        *

    Plaintiff,                             *

    v.                                     *      3:06-CV-219-MHT

MATTHEW W. GAGNE                        *

    Defendant.                             *

_____

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 6) is GRANTED; and

2. Defendant is GRANTED an extension from April 24, 2006 to June 8, 2006 to file his answer and written report.

Done this 21st day of April, 2006.

                                       /s/Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE

Case 3:06-cv-00219-MHT-CSC    Filed 04/21/2006    Page 2 of 2