TO WHOM IT MAY CONCERN:

In August of 2004 Jessie Satterwhite reported to the LaFayette Parole Office. When he entered I told him to have a seat in the waiting room and I would let Officer Gagne know that he was here. I advised Officer Gagne that "Jessie" was here. A few moments later Officer Gagne called Jessie into his office where he met him at the door and told him to put his hands on the wall. Jessie complied with this instruction. Officer Gagne then handcuffed Jessie and sat him down on a chair. At no time did Jessie attempt to resist or struggle while being handcuffed. He did attempt to turn his head toward Officer Gagne and ask what was going on and he was told by Office Gagne to turn back around. Within moments of handcuffing and sitting Jessie down, Officer Gagne realized that this was not the Jessie he had an outstanding warrant on. He immediately removed the handcuffs from Jessie. When Jessie left the office he did not appear to be hurt or injured in any way.

Signed this the 5th day of April 2006.

*Pamela M. Hadaway*
Pamela M. Hadaway

Sworn to and subscribed before me Michele B Mitchaff this 5th day of April, 2006.

Notary Public at Large

In and for Chambers County, Alabama.

EXHIBIT 2