AFFIDAVIT

Jessie Lee Satterwhite, #131288

    PLAINTIFF

VS                              CIVIL ACTION: 3:06-CV-219-MHT

Matthew Gagne, et.al.,et.al

    DEFENDANT

**EXHIBIT 3**

STATE OF ALABAMA

CHAMBERS COUNTY

I, Pamela M. Hadaway, hereby certify and affirm that I am an ASA III at the Chambers County Probation and Parole Office; that I am the custodian of the records at this location; that the attached documents are true, exact, and correct photo-copies of certain original documents maintained here in the institutional files; and that I am over the age of nineteen (19) years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Chambers County Probation and Parole Office; and that said documents (and the entries therein) were made at, or reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on the 8th day of June, 2006.

*Pamela M. Hadaway*
Pamela M. Hadaway
Chambers County Probation & Parole Office

State of Alabama
Chambers County

Sworn to and subscribed before me and under my hand and official seal this the 8th day of June, 2006.

*Hyda Simms*
Notary Public
My comm. expires 12/23/06

STATE BOARD OF PARDONS & PAROLES
MONTGOMERY, ALABAMA

INTEROFFICE COMMUNICATIONS

DATE:     01-30-2004

TO:       ANN W GAULT
          LAFAYETTE

FROM:     CENTRAL OFFICE

IN RE:    SATTERWHITE JESSIE
          B/M   DOB 08-17-1955
          AIS#    131288      FBI#600515R3
          SID#    00599988    SS# 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
          MINIMUM RELEASE DATE 06-01-2022

   THIS IS TO NOTIFY YOU THE ABOVE INMATE IS SCHEDULED FOR PAROLE RELEASE ON 02-05-2004 AND IS SCHEDULED TO BE SUPERVISED BY YOUR OFFICE.

| SENTENCE DATE | CASE # | COUNTY OF CONVICTION | SENTENCE | OFFENSE |
|---|---|---|---|---|
| 01-07-2003 | CC2002-000258 | CHAMBERS | 020 00 000 CS | BURGLARY 3RD DE |



NAME: SATTERWHITE JESSIE   AS#: 131288

STATEMENT OF CONDITIONS UNDER WHICH PAROLE IS GRANTED

THIS CERTIFICATE OF PAROLE SHALL NOT BECOME OPERATIVE UNTIL THE FOLLOWING CONDITIONS ARE AGREED TO BY THE PRISONER. VIOLATION OF ANY OF THESE CONDITIONS MAY RESULT IN REVOCATION OF PAROLE.

1. I SHALL REPORT IMMEDIATELY BY A PERSONAL VISIT TO THE LAFAYETTE OFFICE, 58 1ST AVE SW LAFAYETTE AL 36862 UNDER WHOSE SUPERVISION I AM PAROLED.

2. I SHALL NOT CHANGE MY RESIDENCE 1147 CO RD 168 LAFAYETTE AL NOR EMPLOYMENT NOR LEAVE THE STATE WITHOUT FIRST GETTING THE CONSENT OF MY PAROLE OFFICER ANN W GAULT

3. I SHALL BETWEEN THE FIRST AND THIRD DAYS OF EACH MONTH, OR AS DIRECTED BY MY PAROLE OFFICER, UNTIL MY FINAL RELEASE FROM PAROLE, MAKE A FULL AND TRUTHFUL REPORT TO MY PAROLE OFFICER IN THE MANNER DIRECTED.

4. I SHALL PAY ALL COURT ORDERED MONIES. PAYMENT IN FULL WILL BE CERTIFIED BY THE CIRCUIT CLERK.

5. I SHALL PROMPTLY AND TRUTHFULLY ANSWER ALL INQUIRIES DIRECTED TO ME BY THE STATE BOARD OF PARDONS AND PAROLES AND MY PAROLE OFFICER, AND ALLOW THAT OFFICER TO VISIT ME AT MY HOME, EMPLOYMENT SITE OR ELSEWHERE, AND CARRY OUT ALL INSTRUCTIONS MY PAROLE OFFICER GIVES INCLUDING ASSIGNMENTS TO ANY LEVEL OF SUPERVISION. I WILL MAKE MYSELF AVAILABLE FOR SEARCHES AND TESTS WHEN ORDERED BY MY PAROLE OFFICER, INCLUDING BUT NOT LIMITED TO, URINALYSIS, BREATHALIZER AND BLOOD SAMPLES, AND/OR SEARCH OF MY RESIDENCE, VEHICLE OR ANY PROPERTY UNDER MY CONTROL. I SHALL NOT USE DRUGS NOR CONTROLLED SUBSTANCES ILLEGALLY.

6. I AGREE TO WAIVE ALL EXTRADITION RIGHTS AND PROCESS AND AGREE TO RETURN WHEN THE STATE BOARD OF PARDONS AND PAROLES DIRECTS AT ANY TIME BEFORE MY RELEASE FROM PAROLE.

7. I SHALL NOT VIOLATE ANY LAW.

8. I WILL IMMEDIATELY UPON RELEASE FROM THE SERVICE OF THE SENTENCE IN _____ IF PRIOR TO _____ REPORT DIRECTLY TO THE STATE BOARD OF PARDONS AND PAROLES, 500 MONROE STREET, P.O. BOX 302405, MONTGOMERY, AL 36130-2405, EITHER BY TELEPHONE, (334) 242-8700, CORRESPONDENCE OR IN PERSON.

9. I AGREE TO PAY THE STATE BOARD OF PARDONS AND PAROLES THE SUPERVISION FEES REQUIRED BY LAW.

10. I SHALL NOT OWN, POSSESS OR HAVE UNDER MY CONTROL A FIREARM OR AMMUNITION OF ANY KIND, NOR ANY OTHER DEADLY WEAPON OR DANGEROUS INSTRUMENT AS DEFINED BY ALABAMA LAW.

11. I UNDERSTAND THAT PAROLE IS A PRIVILEGE AND NOT A RIGHT. THE BOARD MAY MODIFY THESE CONDITIONS AS NECESSARY AND MAY REVOKE MY PAROLE AT ANY TIME MY CONTINUED RELEASE IS DETRIMENTAL TO MY HEALTH AND SAFETY OR TO THE WELFARE OF SOCIETY.

12. I WILL ATTEND PROGRAMS DEEMED APPROPRIATE BY MY PAROLE OFFICER.

13. ( ) IF CHECKED--NO ALCOHOL

14. (X) IF CHECKED--I WILL ATTEND NA-AA OR OTHER SUBSTANCE ABUSE AFTERCARE PROGRAM A MINIMUM OF 1 TIME(S) A WEEK.

15. (X) IF CHECKED--MANDATORY DRUG SCREENS

16. ( ) IF CHECKED--30 DAYS TO SECURE EMPLOYMENT

17. ( ) IF CHECKED--MENTAL HEALTH ASSESSMENT

18. ( ) IF CHECKED--INTENSIVE SUPERVISION

19. ( ) IF CHECKED--I WILL ABIDE BY THE LEGAL REQUIREMENTS OF THE RESIDENTIAL FACILITY.

20. SPECIAL CONDITIONS:

*Jessi Satterwhite*
131288

2-5-04