In the United States District Court for the Middle District of Alabama Northern Division

RECEIVED
2006 JUN 30 A 9:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

Jessie Lee Satterwhite
   Plaintiff (s)
  vs.

Matthew W. Gagne et. al:
   Defendant (s)

Case No. 3:06-CV-219
MTH-CSC

## Motion for Extension of time

Comes now the Plaintiff Jessie Satterwhite, in the above styled action hereby requesting for additional of 40 (forty) dgus, in which to prepare his respond to the defendant special resort. following herein:

1. The Plaintiff were order to respond to the defendant special reports. On about or before July 5. of 2006.

2. The Plaintiff housed at J.O. Davis Corrections Center, there is not a law library at J.O. Davis Corrections Center. see Exhibit 1. line number 10-(A)B).

3. The Plaintiff with neither the means or money to retain Counsel to assist him in the matter. The Plaintiff have knowledge of his rights. and do know how to proper prepare this matter for court proceedings.

4. Without legal material such as law books. this issues involved in this matter are complex and as require reserch and investigate by Establish. laws. without the law books plaintiff are unable to do because of being housed at J.O. Davis Correction Center.

as a matter of law the Plaintiff is entitled to assistment to the law library. No Party will be prejudiced by such and Extension.

Respectfully submitted,
Jessie Lee Satterwhite
AIS # 131288

Certificate of Service

I hereby certify that I have this 28 day of June 2006, served a copy of the foregoing by United States Mail, postage prepaid and addressed upon the following:

Cheairs M. Porter
address of Counsel:
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152

Jessie Satterwhite
AIS 131288
J.O. Davis Correctional Center
Fountain 4000
Atmore, Ala 36503-4000