J.O. DAVIS CORRECTIONAL FACILITY
Fountain 4000
Atmore, Alabama 36503-4000
Orientation and Outline for Newly Assigned Inmates

RECEIVED
2006 JUN 30 A 9:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

10-95

1. Meals: (Monday through Saturday)
   A: Breakfast  3:30 a.m.  -  4:15 a.m.
   B: Lunch      10:30 a.m. -  11:15 a.m.
   C: Supper     4:00 p.m.  -  5:00 p.m.

   (Sundays and Holidays)
   A: Breakfast  5:15 a.m.  -  6:00 a.m.
   B: Supper     4:00 p.m.  -  5:00 p.m.

2. Pill Call: (Monday through Friday)
   A: Mornings   3:30 a.m.  -  4:15 a.m.
   B. Diabetic Pill Call – 1:00 p.m.
   C. Evenings   5:00 p.m.  -  5:45 p.m.
   D: Sat., Sun., Holidays 5:15 a.m. – 6:00 a.m.

   Sick Call: Sundays, Tuesdays, and Thursdays 5:00 a.m.
   Dental Call: Put sick call sheet in box

3. Mail Procedures:
   A: Pickup – Daily at 6:30 a.m.
   B: Delivery – Second Shift – They will call out when.
   C: Deposit mail in Mailbox in front of cubicle
   D: No mail Sat., Sun., or Holidays
   E: No free Mail. No envelopes or paper is handed out.
   F: Money orders must have inmates AIS number on it.

4. Injuries:
   If you get hurt, report it to an officer or your work supervisor at the time of the accident.

5. Telephone:
   A: Procedures: Must have a phone list turned in to make calls
   B: Times: 11:00 a.m. to 10:30 p.m. with a 15 minute time limit
   C: Located in all dorms – limit to ten numbers and can only change every 6 months

6. Canteen Draw:
   A: Turn in slips by 10:30 p.m. every Tuesday
   B: Slips are available in the cubicle
   C: Draw limit is $40.00 (Hobby Crafts and Radio not included)
   D: Pickup: Thursday 2:00 p.m. – 5:00 p.m.

7. Television:
   A: 11:00 a.m. to 12:00 p.m. / 3:00 p.m. – 10:30 p.m. (Daily)
   B: 11:00 a.m. to 2:00 a.m. Weekends and Holidays

8. Visitation:
   A: Hours are 8:00 a.m. to 11:00 a.m. and 11:45 a.m. to 2:45 p.m.
   B: Visitors lists must have visitors SOCIAL SECURITY NUMBER, IF THIS IS NOT ON THE LIST THE PERSON MAY NOT VISIT. Each adult visitor may bring $20.00 in coins.
   C: Special Visits can only be authorized by the Captain.
   D: Dress Code (outside) - Must have on T-shirt, shorts or sweat pants, or regular uniforms. Do not wear underwear on yard or in dorm.

9. Hobby Craft Room: (10 Dorm)
   A: 4:00 p.m. to 10:30 p.m. Daily
   B: 8:00 a.m. to 2:00 a.m. Weekends and Holidays
   C: Only Hobby Craft Items are allowed in Hobby Craft Box

10. Law Library:
     A: There is no Law Library at JODCF.
     B: Write a request to Legal Officer at FCC for Forms or Books

11. Inmate Handbook:
     Is located in cubicle. Inmates may request its use from the front lobby officer.

12. Laundry Procedure:
     A: Mondays & Fridays - pants and shirts
     B: Wednesdays      - linens
     C: Fridays         - laundry bags
     D: Laundry room hours (Monday through Friday)
        7:00 a.m. – 10:00 a.m. & 2:30 p.m. – 5:15 p.m.

13. Inmates Bulletin Board:
     A: Location: 9 & 10 Dorms, Hallway, to Kitchen, Front Cubicle
     B: Rules of Institution, Rule Changes, and Memos from Captain

14. Social Services:
     Open Door policy on Tuesdays from 2:30 p.m. – 5:00 p.m.

15. Fire Evacuation:
     Routes located in every dorm by bulletin board

16. Showers:
     Hours: (Monday through Friday)         (Saturday and Sunday)
            4:30 a.m. – 5:45 a.m.            7:00 a.m. to 8:00 a.m.
            2:30 p.m. – 8:00 p.m.            11:30 a.m. to 12:30 p.m.
                                             4:00 p.m. to 8:00 p.m.

17. Inmate Barber Shop:
     Hours: (Sunday through Thursday)
            7:00 a.m. to 9:00 p.m.

            (Friday and Saturday)
            7:00 a.m. to 12:00 a.m.

     Max: 4 inmates allowed in Barber Shop (2 barbers, 2 in chairs)

18. Outside Jobs:
     When inmates are at work, they are not allowed to have visitors or to accept anything unless it comes from their (your) supervisor.

19. Escape:
     You will be prosecuted. Escape is a crime, not a breach of trust. It will be part of your permanent record. "Free-World Charges"

20. Aids:
     A: Do not engage in homosexual activity
     B: Do not share needles for drugs or tattoos

21. Appearance:
     You are to be clean-shaven with neat and appropriate hair cuts at all times.

22. Questions: Your questions, problems, and complaints will be addressed according to ARs, Policies, and Procedures. When in doubt, ASK QUESTIONS!

23. In the event that you find a weapon of any kind, knife, gun, etc., you are to immediately turn the weapon over to your work supervisor.