IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JESSIE LEE SATTERWHITE, #131288, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW W. GAGNE, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 2:06-CV-219-MHT |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on June 30, 2006 (Court Doc. No. 10), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension from July 5, 2006 to and including July 25, 2006 to file a response to the defendants' special reports.

Done this 14th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE