ITEMIZATION OF ACCOUNT

**BAPTIST HEALTH CARE**

A NOT-FOR-PROFIT HOSPITAL
LICENSED IN THE STATE OF FLORIDA

BAPTIST HOSPITAL | BAPTIST MEDICAL PARK | GULF BREEZE HOSPITAL | JAY HOSPITAL | ATMORE COMMUNITY HOSPITAL | D.W. MCMILLIAN MEMORIAL HOSPITAL

| PATIENT'S NAME | ACCOUNT NO. | ADMISSION DATE | DISCHARGE DATE | STATEMENT DATE |
|---|---|---|---|---|
| SATTERWHITE, JESSIE | 000530002-6010 | 01/10/06 | | 01/16/06 |

FOR BILLING INFORMATION CALL   CUSTOMER SERVICE        PHONE 251 446-3407

JESSIE SATTERWHITE
9947 HIGHWAY 21
ATMORE AL  36502-0851

8

REMIT TO:

ATMORE COMMUNITY HOSPITAL
PO BOX 17106
PENSACOLA, FL 32522-7106

BC AL PPC/PPO    B14

SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON BACK
IMPORTANT: PLEASE DETACH AND RETURN THE TOP PORTION OF THIS BILL WITH YOUR REMITTANCE TO ASSURE PROPER CREDIT.

INSURANCE PORTION IS COMPUTED ACCORDING TO THE INFORMATION SUPPLIED BY YOUR INSURANCE CARRIER(S)

| PATIENT'S NAME | ACCOUNT NO. | BILL DATE | PAGE NO. |
|---|---|---|---|
| SATTERWHITE, JESSIE | 000530002-6010 | 01/16/06 | 01 |

| POSTING DATE | REF. NO. | DESCRIPTION | TOTAL AMOUNT | INSURANCE PORTION | PATIENT PORTION |
|---|---|---|---|---|---|
| | | SUMMARY OF CHARGES | | | |
| | | ANCILLARY SERVICES | | | |
| | 0350 | CT SCAN | 1,487.00 | 1,487.00 | |
| | | SUB-TOTAL ANCILLARY SERVICES | 1,487.00 | 1,487.00 | |
| | | TOTAL CHARGES | 1,487.00 | 1,487.00 | |

\*\*  THIS STATEMENT OF ACCOUNT IS FOR INFORMATION PURPOSES ONLY.  \*\*
\*\*  YOU WILL RECEIVE AN UPDATED STATEMENT ONCE YOUR INSURANCE    \*\*
\*\*  HAS RESPONDED.                                                \*\*

Exhibit A

YOUR PATIENT BALANCE DUE IS AN ESTIMATE AND MAY CHANGE AFTER INSURANCE PAYMENT
\* XRAY CHARGES DO NOT INCLUDE THE PROFESSIONAL FEE OF THE RADIOLOGIST