

Defendant Office look like this inside

Exhibit - B