*Exhibit - D*

MITIGATION:

CHARGE # 1 CONDITION # 5 COCAINE USE

Satterwhite stated he was with friends who were using cocaine and he used with them.

CHARGE # 2 CONDITION # 14 FAILURE TO ATTEND NA/AA MEETINGS

Satterwhite stated he was working at Plantation Patterns 12 hours a day, 7 days a week, and, his parole officer at the time, Tim Pugh, told him not to bother about going to the 12 step meetings for a while.

CHARGE # 3 CONDITION # 20 FAILURE TO ATTEND DRUG TREATMENT

Satterwhite stated that his first appointment at The Chambers County Addiction Center was rescheduled because his counselor had a death in her family. Satterwhite stated that when he reported for his second appointment, someone had set off the fire alarm at the treatment center and his appointment was again rescheduled. Satterwhite stated he simply didn't keep his third appointment.

CHARGE # 4 CONDITION # 9 FAILURE TO PAY SUPERVISION FEES

Satterwhite stated he had paid his supervision fees through July, but on August 10th. of last year, he reported to Mr. Gagne's office, as instructed, and was mistakenly placed under arrest, when Mr. Gagne mistook him for another individual. Satterwhite stated that Mr. Gagne immediately released him when he realized the mistake, but that, during the arrest, Mr. Gagne hurt his right arm, and because of that reason, and problems with high blood pressure, he had doctor bills to pay and wasn't able to pay his supervision fees. Satterwhite and Mr. Gagne both testified that it wasn't until a week later that Satterwhite complained of a problem with his arm, as a result of the arrest. Satterwhite provided a $390.00 bill from the Lanier Memorial Hosp., that Mr. Satterwhite said was a bill which resulted from the injury caused when Mr. Gagne handcuffed him. The bill was for service on 11-6-04, approx. three months after the handcuffing incident. Also, Mr. Satterwhite and Mr. Gagne both testified that Satterwhite had maintained employment since the handcuffing incident. Mr. Satterwhite testified that he had also been having serious problems with high blood pressure, which had resulted in medical expenses.

CHARGE # 5 CONDITION # 4 FAILURE TO PAY COURT MONIES

I was helping my mother pay her bills and I didn't have the money to pay on the Court-Ordered Monies; I had to borrow money to buy my blood pressure medicine.

*Jerry Page*

4