*Exhibit no. 2*

# STATE OF ALABAMA
# BOARD OF PARDONS AND PAROLES
### Montgomery, Alabama

## REPORT OF PAROLE VIOLATION

Date:  11/30/2004

Field Office:  LaFayette

| | | | |
|---|---|---|---|
| **Name of Parolee** | Jessie Satterwhite | **No.** | 131288 |
| **Race, Sex & Age** | B/M  49 | **County of Conviction** | Chambers |
| **Offense** | Burglary 3rd Degree | **Sentence** | 20 Years |
| **Date Convicted** | 10/17/2002 | **Date of Parole** | 02/05/2004 |

**Date Sentence Expires**   06/01/2022

**IF DECLARED DELINQUENT, FORWARD WARRANT TO:**

Matthew W. Gagne
Probation Officer
LaFayette
County Probation Office
58 1st Ave SW

· 4
—————————————————
Supervision Level at Time of Delinquency

P. O. Box or Number and Street
LaFayette , Alabama 36852
City, State, and Zip Code

CHARGE NO. 1
VIOLATION CONDITION # 5
TECHNICAL OFFENSE – ILLEGAL USE OF COCAINE

LEGAL FACTS:

On 11-18-2004 An Authorization of Arrest as a Parole Violator was issued.  Satterwhite was not in custody at the writing of this report.

DETAILS:

Jessie Satterwhite was granted parole on 02-05-2004. He was read and signed the conditions of parole.  He was specifically advised that he could not use illegal substances.

████████ Satterwhite was given a drug screen and **tested positive** for the use of **cocaine**. He was ordered to stop using cocaine and to attend treatment with the Chambers County Addictions Center.

2