NAME: SATTERWHITE JESSIE           AS#: 131288

STATEMENT OF CONDITIONS UNDER WHICH PAROLE IS GRANTED

THIS CERTIFICATE OF PAROLE SHALL NOT BECOME OPERATIVE UNTIL THE FOLLOWING CONDITIONS ARE AGREED TO BY THE PRISONER. VIOLATION OF ANY OF THESE CONDITIONS MAY RESULT IN REVOCATION OF PAROLE.

1. I SHALL REPORT IMMEDIATELY BY A PERSONAL VISIT TO THE LAFAYETTE OFFICE, 58 1ST AVE SW LAFAYETTE AL 36862 UNDER WHOSE SUPERVISION I AM PAROLED.

2. I SHALL NOT CHANGE MY RESIDENCE 1147 CO RD 168 LAFAYETTE AL NOR EMPLOYMENT NOR LEAVE THE STATE WITHOUT FIRST GETTING THE CONSENT OF MY PAROLE OFFICER ANN W GAULT

3. I SHALL BETWEEN THE FIRST AND THIRD DAYS OF EACH MONTH, OR AS DIRECTED BY MY PAROLE OFFICER, UNTIL MY FINAL RELEASE FROM PAROLE, MAKE A FULL AND TRUTHFUL REPORT TO MY PAROLE OFFICER IN THE MANNER DIRECTED.

4. I SHALL PAY ALL COURT ORDERED MONIES. PAYMENT IN FULL WILL BE CERTIFIED BY THE CIRCUIT CLERK.

5. I SHALL PROMPTLY AND TRUTHFULLY ANSWER ALL INQUIRIES DIRECTED TO ME BY THE STATE BOARD OF PARDONS AND PAROLES AND MY PAROLE OFFICER, AND ALLOW THAT OFFICER TO VISIT ME AT MY HOME, EMPLOYMENT SITE OR ELSEWHERE, AND CARRY OUT ALL INSTRUCTIONS MY PAROLE OFFICER GIVES INCLUDING ASSIGNMENTS TO ANY LEVEL OF SUPERVISION. I WILL MAKE MYSELF AVAILABLE FOR SEARCHES AND TESTS WHEN ORDERED BY MY PAROLE OFFICER, INCLUDING BUT NOT LIMITED TO, URINALYSIS, BREATHALIZER AND BLOOD SAMPLES, AND/OR SEARCH OF MY RESIDENCE, VEHICLE OR ANY PROPERTY UNDER MY CONTROL. I SHALL NOT USE DRUGS NOR CONTROLLED SUBSTANCES ILLEGALLY.

6. I AGREE TO WAIVE ALL EXTRADITION RIGHTS AND PROCESS AND AGREE TO RETURN WHEN THE STATE BOARD OF PARDONS AND PAROLES DIRECTS AT ANY TIME BEFORE MY RELEASE FROM PAROLE.

7. I SHALL NOT VIOLATE ANY LAW.

8. I WILL IMMEDIATELY UPON RELEASE FROM THE SERVICE OF THE SENTENCE IN _____ IF PRIOR TO _____ REPORT DIRECTLY TO THE STATE BOARD OF PARDONS AND PAROLES, 500 MONROE STREET, P.O. BOX 302405, MONTGOMERY, AL 36130-2405, EITHER BY TELEPHONE, (334) 242-8700, CORRESPONDENCE OR IN PERSON.

9. I AGREE TO PAY THE STATE BOARD OF PARDONS AND PAROLES THE SUPERVISION FEES REQUIRED BY LAW.

10. I SHALL NOT OWN, POSSESS OR HAVE UNDER MY CONTROL A FIREARM OR AMMUNITION OF ANY KIND, NOR ANY OTHER DEADLY WEAPON OR DANGEROUS INSTRUMENT AS DEFINED BY ALABAMA LAW.

11. I UNDERSTAND THAT PAROLE IS A PRIVILEGE AND NOT A RIGHT. THE BOARD MAY MODIFY THESE CONDITIONS AS NECESSARY AND MAY REVOKE MY PAROLE AT ANY TIME MY CONTINUED RELEASE IS DETRIMENTAL TO MY HEALTH AND SAFETY OR TO THE WELFARE OF SOCIETY.

12. I WILL ATTEND PROGRAMS DEEMED APPROPRIATE BY MY PAROLE OFFICER.

13. ( ) IF CHECKED--NO ALCOHOL

14. (X) IF CHECKED--I WILL ATTEND NA-AA OR OTHER SUBSTANCE ABUSE AFTERCARE PROGRAM A MINIMUM OF 1 TIME(S) A WEEK.

15. (X) IF CHECKED--MANDATORY DRUG SCREENS

16. ( ) IF CHECKED--30 DAYS TO SECURE EMPLOYMENT

17. ( ) IF CHECKED--MENTAL HEALTH ASSESSMENT

18. ( ) IF CHECKED--INTENSIVE SUPERVISION

19. ( ) IF CHECKED--I WILL ABIDE BY THE LEGAL REQUIREMENTS OF THE RESIDENTIAL FACILITY.

20. SPECIAL CONDITIONS:

2-5-04

_Jessie Satterwhite_
131288

4