*Exhibit-7*

STATE BOARD OF PARDONS & PAROLES
MONTGOMERY, ALABAMA

INTEROFFICE COMMUNICATIONS

DATE:     01-30-2004

TO:       ANN W GAULT
          LAFAYETTE

FROM:     CENTRAL OFFICE

IN RE:    SATTERWHITE JESSIE
          B/M   DOB 08-17-1955
          AIS#    131288    FBI#600515R3
          SID#   00599988   SS# 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
          MINIMUM RELEASE DATE 06-01-2022

   THIS IS TO NOTIFY YOU THE ABOVE INMATE IS SCHEDULED FOR PAROLE RELEASE ON 02-05-2004 AND IS SCHEDULED TO BE SUPERVISED BY YOUR OFFICE.

| SENTENCE DATE | CASE # | COUNTY OF CONVICTION | SENTENCE | OFFENSE |
|---|---|---|---|---|
| 01-07-2003 | CC2002-000258 | CHAMBERS | 020 00 000 CS | BURGLARY 3RD DE |



RECEIVED
FEB - 6
LAFAYETTE
PROBATION OFFICE