In The United States District Court
for The Middle District of Alabama

Jessie Lee Satterwhite 131288          3:06-CV-219-MHT
      Plaintiff's
         v.
Matthew W. Gagne et'al;        2006 AUG 17 A :56
      Defendants

## Motion for Permission of This Court to Service The Defendant Counsel Copys of The Plaintiff Response and Exhibits To the Defendant Answer and Special Report

Comes now, Plaintiff Jessie Lee Satterwhite Pro-se, and move this "Honorable" court and grant said motion for the following Herein:

1. On about July 25 of 2006. Plaintiff file his response to the Defendant sepecial reports, to this Honorable court and the Plaintiff unable to forward the Defendant counsel any copys of his response or Exhibits, and does not have copys for himself. due to Plaintiff were unable to pay for copys here at J.O. Davis correction center. see Plaintiff in forma Pauperis Pursuant to 28 U.S.C. section 1915.

The Plaintiff's have "not" received ony finacial income at all during his incarceration in the institutions of the State of Alabama. Department of corrections. the "only" income the Plaintiff received was $2 dollars and 80¢ cents. a gift for charisms 2005. from (D.O.C).

Therefore: the Plaintiff was unable to Pay for copys here at J.O. Davis correction center. to mail the Defendant counsel any copys of his response or Exhibits on July 25 of 2006.

## Request for Relief

The Plaintiff Prays that this "Honorable" court Front said motion, and mail the Defendant Attorney chesirs, Porter. a free copys of Plaintiff response and all Exhibits

## Certificate of Service

I hereby certify that I have this day ____ of August of 2006. a hand writing copy of the motion upon the Defendant Attorney by Placing the same in the U.S. mail Box here at J.O. Davis correction center (free legal mail).

Addressed: To

Office of the States of Alabama
Attorney chesirs M. Porter
11 South Union Street Montgomery ALA. 36130

Plaintiff Jessie Satterwhite #131288
J.O. Davis correction center
fountain 4000
Atmore ALA. 36503

## Verification under Oath

I hereby state under the Penalty of Perjury that the forgoing is true and correct.

Dated: this 14 day of August 2006.

Jessie Lee Satterwhit
Respectfully Submitted

Sworn to and Subscribed before me LauMonica Lee, this 14th day of August 2006.
Notary Public At Large
In and for Escambia County Alabama
my commission Expire November 3, 2009