IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JESSIE LEE SATTERWHITE, #131 288     *

   Plaintiff,     *

   v.     *     3:06-CV-219-MHT

MATTHEW W. GAGNE     *

   Defendant.     *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request that the court make a copy of his opposition, including attachments, and send it to counsel for Defendants. Plaintiff asserts that he did not have funds available to make a copy of his opposition for defense counsel or himself. The court notes, however, that Plaintiff's opposition contains a certificate of service indicating that he served a copy of this pleading on counsel for defendants. (*See* Doc. No. 12.) Nevertheless, Plaintiff's pleading, construed as a motion for free copies, shall be denied as counsel for defendants has access to Plaintiff's opposition, including attachments, via the court's electronic docketing system - CM/ECF (Case Management/Electronic Case Files).[1]

---

[1] Plaintiff is advised that neither the court nor Defendants or defense counsel are required to provide him with copies of documents without prepayment of costs. Plaintiff is further informed that it is his responsibility to make and retain copies of any and all pleadings, documents, and/or records he files with the court. He may utilize *any* means available to him to produce copies of those documents, pleadings, and/or records he seeks to submit to this court, defendants, and/or defense counsel including, but not limited to, handwritten copies of such materials. Despite defense counsel's ability to view documents filed in this case through CM/ECF, in accordance with the orders of the court, Plaintiff must still mail to counsel a copy


Accordingly, it is ORDERED that Plaintiff's August 17, 2006 pleading, construed as a motion for free copies (Doc. No. 13), be and is hereby DENIED

Done this 22nd day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

of anything he sends to the court. (*See* Doc. No. 3 at pgs. 2-3, ¶4(a)).