IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JESSIE LEE SATTERWHITE, #131288 )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MATTHEW W. GAGNE, )<br>)<br>Defendant. ) | Case No. 3:06-cv-219-MHT |

### MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the undersigned counsel, and moves for substitution of counsel for Defendant, based on the following:

1. Assistant Attorney General Cheairs M. Porter is the counsel of record for the Defendant in this matter. Mr. Porter has been transferred to a different division of the Attorney General's Office, requiring that his civil litigation caseload be reassigned.

2. This case has been reassigned to Assistant Attorney General Billington M. Garrett, who is prepared to represent Defendant, Matthew W. Gagne, in this matter. Counsel can be served at the address listed below.

WHEREFORE, based on the foregoing, the undersigned counsel requests that he be substituted as counsel of record for the following Defendant: Matthew W. Gagne.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/ Billington M. Garrett
Billington M. Garrett (GAR029)
Assistant Attorney General

1

ADDRESS OF COUNSEL:

Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7248
Facsimile:   (334) 242-2433
E-mail: bgarrett@ago.state.al.us

## CERTIFICATE OF SERVICE

I certify that on August 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cheairs M. Porter  -  cporter@ago.state.al.us, consumerfa@ago.state.al.us

And I certify that I have mailed by United States Postal Service First Class Mail to the following non-CM/ECF participant:

Mr. Jessie Lee Satterwhite
AIS 131288
Davis Correctional Facility
Fountain Box 3800
Atmore, Alabama  36503

*s/ Billington M. Garrett*
Billington M. Garrett (GAR029)
Assistant Attorney General

BILLINGTON M. GARRETT
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7248
Facsimile:   (334) 242-2433
E-mail: bgarrett@ago.state.al.us

2