IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JESSIE LEE SATTERWHITE, #131 288        *

    Plaintiff,        *

    v.        *     3:06-CV-219-MHT

MATTHEW W. GAGNE        *

    Defendant.        *

_____

**ORDER ON MOTION**

Counsel for Defendant Gagne has filed a Motion to Substitute Counsel. Upon consideration of the motion, and for good cause, it is

ORDERED that the Motion to Substitute Counsel (Doc. No. 15) be and is hereby GRANTED.

Done, this 13th day of August 2007.

                /s/   Charles S. Coody
              CHARLES S. COODY
              CHIEF UNITED STATES MAGISTRATE JUDGE