In The United State District Court
for The Middle District of Alabama

RECEIVED

Jessie Lee Satterwhit, 131388
Plaintiff
vs
Matthew W. Goone
Defendant

2008 MAR 19 A 9:43

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 3:06-CV-219-MTH-CSC

Motion for Extension of Time

Comes now, Plaintiff Jessie Lee Satterwhit, by and through pro-se and hereby request as additional of 40 days in which to respond to the recommendation of the magistrat Judge on march 4th, 2008. for the following ground states herein:

(A) The recommendation of the magistrat Judge, was file on march 4th 2008, which the magistrat Judge granted the Plaintiff 13th days to file his motion to object. to his recommendation

(B) The Plaintiff motion to object is due march 17th, 2008. Plaintiff receive the recommendation on march 6, 2008. Through J.O. Davis correction institution legal mail, which go to GK fountain correction facility, before coming to J.O. Davis correction facility.

(C) J.O. Davis Corrections facility system does not "Provide inmate adequate assistance in identifying materials needed for Post conviction, Habeas corpus. or civil Rights Action claims under 42 U.S.C. section 1983

(D) The Procedures relating to legal mail are "not" posted anywhere at J.O. Davis facility. For Example: days for which legal mail can be sent out, number of Peices allowed at no cost. Per-week, and the administration require legal mail unsealed Prior to mailing is not Posted anywhere within J.O. Davis facility. For deadline filing Purposes, a legal mail Box must be Provided at each facility, such is not Provided at J.O. Davis.

(E). There are "no" inmate here at J.O. Davis, who are Knowledgable of Juris Prudence. Therefore: Plaintiff is runing into "Stone walls" because he and other inmate here at J.O Davis dose'nt have access to fountain correction facility law library on there own behalf. this causes other problems relating to Judicial deadlines.

(F) of the Books, which are, or were Previously requested, never arrive at J.O. Davis. If the books has been forwarded to this facility, but in fact, have been destroyed and were never forward to J.O. Davis facility.

(G). Legal access has been severely neglected at J.O. Davis, but there can be vast improvement made with a minimum of effort. If this Honorable court order the State of Alabama department of correction to consider a solid schedule for access to fountain correction facility, law library, which will allow more than one or two inmates Per Visit?
Access to the Lexis computer here at J.O. Davis facility, is helpful. But is no way enough. Any additional effort will be beneficial to all of J.O. Davis inmate.
Furthermore: only two inmate per day are allow to use Lexis computer upon a request, submitted, and approved by certain Gray or St. Lone. only time allowed 5:00 P.M. to 7:00 P.M. or 9:00 P.M. two hours for each inmate Per day; if approve only. however: when more than two inmate request to use the Lexis computer here at J.O. Davis facility the request will be approve for inmate on the same hour.

(H). No Party will be Prejudiced by such and extension.

Respectfully submitted
Jessie Satterwhit 131288
J.O. Davis Correction facility
Fountain 4000
Atmore. Ala. 36503

Date march 14, 2008.

Certificate of Service

I hereby certify that I have mailed a true and correct copy of the motion to the court and defendant counsel. by Placing the some in the United States mail. Postage Paid by Fountain correction center inmate free-Legal mail.

Attorney for State of Alabama
Billington m. Garrett (GAR029)
11 South Union Street
montgomery Ala 36130-0152.

Jessie Lee Satterwhite 131288
J.O. Davis correction facility
Fountain, Alabama, 36503



Legal mail

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711