IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JESSIE LEE SATTERWHITE, #131 288        *

    Plaintiff,        *

      v.        *        3:06-CV-219-MHT

MATTHEW W. GAGNE        *

    Defendant.        *

_____

**ORDER ON MOTION**

Plaintiff requests an extension of time to file objections to the Recommendation of the Magistrate Judge filed on March 4, 2008. Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 19*), is GRANTED;

2. Plaintiff is GRANTED an extension from March 17, 2008 to and including April 1, 2008 to file his objections.

Done, this 19th day of March 2008.

                /s/   Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE