IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **JESSIE LEE SATTERWHITE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv-219MHT |
| | ) | (WO) |
| **MATTHEW W. GAGNE,** | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging his arrest by a state parole officer. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge (1) that defendant's motion for summary judgment should be granted as to plaintiff's federal claims and (2) that plaintiff's state-law claims should be dismissed. After an independent and de novo review of

the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2008.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE