IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JESSIE LEE SATTERWHITE,  )<br>                              )<br>    Plaintiff,              )<br>                              )  CIVIL ACTION NO.<br>    v.                        )    3:06cv-219MHT<br>                              )       (WO)<br>MATTHEW W. GAGNE,             )<br>                              )<br>    Defendant.                ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 18) is adopted.

(2) Defendant's motion for summary judgment (Doc. No. 8) is granted as to plaintiff's federal claims.

(3) Judgment is entered in favor of defendant and against plaintiff on plaintiff's federal claims, with plaintiff taking nothing by these claims.

(4) Plaintiff's state-law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of March, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE